PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Nazar Mazurkevych  Cr.: 16-00146-001
PACTS #: 1668702

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/19/2018

Original Offense:  18 U.S.C. § 1349 – Attempt and Conspiracy to Commit Mail Fraud

Original Sentence: Time Served, 24 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Financial Disclosure, Comply with ICE Instructions, No New Debt/Credit

Type of Supervision: Supervised Release   Date Supervision Commenced: 12/19/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:
Throughout his term of supervised release, Mazurkevych was compliant with his restitution order. The offender's supervision is due to expire on December 18, 2020, with an outstanding restitution balance of $46,239.49. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Javier Marrero, jr.*
By:  JAVIER MARRERO, JR.
U.S. Probation Technician

Prob 12A – page 2
Nazar Mazurkevych

/ jm

APPROVED:

*Elisa Martinez*            *06/22/2020*
ELISA MARTINEZ             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on December 18, 2020, (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

7/7/2020
Date